UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CYNDI BUCHANAN and <br> DANIEL BUCHANAN, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON <br> CONSUMER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 3:21-CV-340-TAV-DCP <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This civil action is before the Court on the parties' Second Joint Motion to Continue Trial and Enlarge Unexpired Deadlines by 120 Days [Doc. 25]. The parties request a 120-day continuance of the trial and all unexpired deadlines. In support, the parties state that they are still engaged in the production of discovery and are attempting to work through disputes related to the scope of that production, which may require the Court's intervention if the parties are unable to agree. In addition, both parties still need to obtain additional records from third parties before setting certain depositions.

In light of the parties' agreement and for good cause shown, the parties' second joint motion [Doc. 25] is **GRANTED**. The trial previously scheduled for October 24, 2023, is **CANCELLED** and is **RESCHEDULED** for **Tuesday, March 12, 2024, at 9:00 a.m.** The final pretrial conference, previously scheduled for October 17, 2023, is **CANCELLED** and **RESCHEDULED** for **Tuesday, March 5, 2024, at 2:00 p.m.** All unexpired scheduling deadlines as of the date of the filing of the Motion **SHALL** be applied as

calculated from the new trial date and according to the same time limitations set forth in the Court's Scheduling Order [Doc. 12].

**The parties are cautioned that no further continuances or extensions will be granted absent extraordinary circumstances.**

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE